**STATEMENT OF FACTS**

On or about July 6, 2018, an undercover detective ("UC") with the Metropolitan Police Department/FBI Washington Field Office's Child Exploitation Task Force was invited to a group conversation via KIK Messenger ("KIK group") called "PEDOS ONLY."[1] This group consisted of at least 8 individuals to include the UC and users with the KIK screen names, "capjack101," "hardrocker91," "jayrock985," "morellosweet," "john_el13," "aleeseH," and "dnick1982."

In this KIK group, a user with the username "dnick1982," later identified as Daniel Nickelson of Sierra Vista, AZ ("NICKELSON"), encouraged members to private message him on KIK so that he could see whether they had child pornography to offer. If members who private messaged NICKELSON met the criteria of having either child pornography or sexual access to a child, NICKELSON would invite them to a private chatroom on KIK. For example, on or about July 18, 2018 NICKELSON posted in the Pedos Only KIK grop, "If anyone wants to be added to a private group pm me and show me what you can tribute." He also posted, "Any one wanna trade vids."

Between July 12, 2018 and July 18, 2018, NICKELSON and the UC engaged in a private chat via KIK. In this chat, UC represented to NICKELSON that he was the father of a daughter with whom he has shared custody. The two exchanged the following messages:

UC: Hey I'm from the chat u a dad too

NICKELSON: I wish

UC: Lol

NICKELSON: You?

UC: Mine is 8 shared custody

---

[1] KIK is a freeware instant messaging mobile application where one can transmit and receive messages, photos, videos, sketches, mobile webpages, and other content.

NICKELSON: Daughter?

UC: Do things while she sleeps

UC: Yes

NICKELSON: Any vids ?

UC: Don't have vids of her yet snuck a few pics

UC: I'm 33 here Virginia area

The UC then sent NICKELSON two images of his purported child. Both depicted the abdominal area and underwear of the child with the UC holding two fingers by the child.[2]

UC: Next time I have her I'll take a short vid when she is sleeping

UC: U know anyone else that is active ?

NICKELSON: Just have fun with her when she is awake

UC: I did when she was a baby and a toddler

NICKELSON: Why not now?

UC: She may talk, I have to give her meds to make her sleepy

UC: U ever played before with yng ?

UC: Your asl

NICKELSON: 35 m az

UC: cool

NICKELSON: You?

UC: 33 va

UC: U have a lot of vids

NICKELSON: A few

---

[2] The images did not depict a real child.

NICKELSON: You?

NICKELSON: [NICKELSON sent the UC a video depicting a female of an unknown age masturbating]

UC: Nice

UC: I had some of daughter when sleeping but have to dump them after I take because of gf

NICKELSON: download Dropbox[3]

NICKELSON: And save them to it

UC: Ok is it safe

NICKELSON: Yes

NICKELSON: Here is something for you when you download drop box

NICKELSON then sent a link to a Dropbox folder. This link contained a folder labeled "Young." Within this folder were at least 12 videos depicting child pornography. The children depicted in these videos ranged in age from toddlers to pre-teens. For example, one of the videos depicted within the folder labeled "John 0006.MOV" displays what appears to be a prepubescent child between the ages of 3 and 6 performing oral sex on an adult male. At the conclusion of the video, the adult male ejaculates in the child's mouth. Another video labeled "John 0005.MOV," depicts what appears to be a pre-pubescent child between the ages of 3 and 6 lying on her back with her legs spread, exposing her vagina. An apparently adult male hand then uses a stuffed teddy bear to simulate the teddy bear performing oral sex on child. Later in the video, this same child is displayed performing oral sex on an adult male.

---

[3] Dropbox is a file hosting service that allows users to store files and data in the cloud. Users can then share those files via links to the content stored in the Dropbox account.

NICKELSON then sent the UC a video of a female inserting two fingers in her vagina. The UC then sends NICKELSON another image of his purported child depicting her abdomen.[4] The exchange continued as follows:

UC: You know any other good groups?

NICKELSON: Addes you to one

On July 13, 2018, NICKELSON invited the UC to a second private KIK group chat (herein "KIK Group"). This group consisted of at least 10 individuals to include NICKELSON and the UC, as well as KIK users with screen names "drbob29," "lddng," "allnight224," "fire463," "RobotRon517," "BigBossMan8383," "Summersweet87," and "xxxxXDxxxxz."

UC joined the KIK Group, and observed members trading images and videos of child pornography. For example, on July 16, 2018, NICKELSON posted a video to the KIK Group that displayed a video of what appears to be a prepubescent female child between the ages of 8 and 10 inserting what appears to be a yellow drinking straw into her vagina for the purpose of masturbation, then sticking the straw in her mouth and drinking the fluid. The group also discussed the members' preferences for the age of children with whom each member would like to engage in sex acts. Members expressed an interest in engaging in sexual acts with children ranging from 12 to 15 years of age, and discussed the standards for admittance into the KIK Group.

NICKELSON: I wanna fuck nice 15 yr old

Lddng: Really…I love most 12

Lddng: Robot hbu

RobotRon517: 12-15 is my fav

Lddng: Wow.nice…have you any real experience

---

[4] The image did not depict a real child.

Lddng: We should find more meb here have vid…what do u think robot..

RobotRon517: Disagree

Lddng: Why…

RobotRon517: More members more risk

Lddng: That's true…but its very difficult find pedo vid..

RobotRon517: Then find another group. To get in here, they must send 3 original/quality non net-find pics for approval/admitence

RobotRon517: Not trying to be a jerk, but so far this group has been very productive and content shared well

Within the KIK Group, NICKELSON used the screen name "teddybear," which is the user name displayed to other members of the KIK Group. NICKELSON was promoted to an "administrator" position by RobotRon517 on July 16, 2018. Administrators have the power to invite users, delete users, screen content, etc. When NICKELSON was made an administrator of the private group by "RobotRon517," "RobotRon517" instructed NICKELSON that, "In order to be added to the group they must. Send a few pics/vids so we know they are legit."

On July 17, 2018, a message was displayed within the chat that "teddybear" (NICKELSON) "was promoted to the "owner" of the chat group. As owner and administrator of the group, NICKELSON continuously instructed members to post more videos and images of child pornography. On July 18, 2018, NICKELSON uploaded the same link to the Dropbox page labeled "Young" as referenced prior to the group chat. He also uploaded images and videos of child pornography directly to the group. For example, NICKELSON uploaded a picture of what appears to be a prepubescent female performing oral sex on what appears to be a prepubescent male. Additionally, NICKELSON uploaded a video into the group of what appears to be an adult male penetrating the vagina of a

prepubescent female child with his penis.

On July 18, 2018 NICKELSON changed the KIK Group name to "Just unordinary" and promoted "Dandy 333" to an administrator.

Lddng: Thx. ..teddy..

NICKELSON: Yea

NICKELSON: Add some pedos

NICKELSON: But have them show you what they got before you add them

Lddng: Ok..I ll try find pedos. .but it's very rare..

NICKELSON: You there Bob

Drbob29: Yup

NICKELSON: Ok

NICKELSON: Coool

Drbob29: Thanks again for the add

NICKELSON: Show some of your stuff

Drbob29: Ok

"Drbob29" then uploaded five files to the KIK Group, one of which is a video of what appears to be a minor female between the ages of 11 and 13 performing oral sex in the woods on what appears to be a minor male between the ages of 11 and 13, while other children are video-taping and laughing in the background. "Drbob29" later asks the KIK Group members what type of videos that they like, and NICKELSON responded as follows:

- NICKELSON: If you don't show good enough vids though you will be removed
- Drbob29: Ok
- Drbob29: It's anyone else on?

- Drbob29: I haven't seen any other posts yet

- NICKELSON: Dandy are you there?

- Lddng: Ya

- NICKELSON: Can you post a couple of vids?

On July 19, 2018, a KIK user with the username "summersweet87," later identified by the FBI as Lucas Cane (herein "CANE") joined the chat room. NICKELSON immediately reached out to CANE and asked him to post an image or video that the group may like.

- NICKELSON: Hi summer sweet

- Summersweet87: Hello

- NICKELSON: Post some of your good stuff

- NICKELSON: And to stay in this group please stay active

- Summersweet87: Are links ok?

- NICKELSON: Sure

NICKELSON then posted the link to Dropbox folder "Young" that he had previously sent to the UC. CANE then posted 23 Dropbox and Mega.nz links in the KIK Group. The UC downloaded the contents of the links were and they were reviewed by the FBI. The links contained over 6,500 files depicting children who appeared to be of elementary, middle, and high school ages engaged in sexual acts or posing sexually. Included are also videos and images depicting these children engaged in masturbation and vaginal/anal penetration with objects such as hair brushes, pens, pencils, curling irons, and other objects. Also included are videos and images that depict what appear to be minors engaged in anal and vaginal sex. Included within the links files depicting child pornography, examples of which are described below. A folder included in the links named "Y15" contained the following videos:

- A video titled "2015-09-15.41.36.mp4" that is approximately two minutes in length and depicts what appears to be a prepubescent girl engaging in anal sex with an adult male. At the beginning of the video, the prepubescent girl's genitalia are exposed to the camera. The adult male, who appears to have control of the recording device, then penetrates his erect penis into the prepubescent girl's anus. The focus of the video is of the penetration of the penis into the anus. The adult male also uses his hand to spread the prepubescent girl's vagina and focuses the video on the vagina. The prepubescent girl can be heard crying and is covering up her face in the video.

- A video entitled "2015-10-27 21.52.59," which depicts a prepubescent girl, who initially is clothed, taking off her shirt, exposing her breast to the camera. The pre-pubescent girl rubs her breasts, then turns around, making the focus of the video her clothed buttocks, as she bends over. As the video continues, the prepubescent girl takes her shorts down expose her naked buttocks, then bends over exposing her naked vagina. The pre-pubescent girl then turns around and rubs her naked vagina and breast.

- A video titled "Video 1-03-2017, 02 49 29," which depicts a girl who appears between the ages of 10-12 years old in a bathroom who removes her clothing, exposing her breast and then naked vagina. The minor child then turns around to expose her buttocks.

An additional folder titled, "myyoung" contained in the Dropbox links contains a video of an adult male and what appears to be a pre-pubescent girl. The pre-pubescent girl is lying down on her back with her shirt pulled up to her neck, exposing her breast. At points in the video, the recording device operator, who appears to be the adult male, focuses the camera on the vaginal area of the prepubescent girl. The focus then goes back to the prepubescent girl's breast. An adult male begins

8

to rub the nipples of the pre-pubescent girl multiple times.

On July 19, 2018, in response to a subpoena, KIK provided the subscriber information for "dnick1982" indicating that the subscriber's username was "dnick1982," his display name was "teddybear," and his subscription email address was danicke1982@gmail.com.  In addition, KIK provided information that the subscriber's device was a Samsung android SM-S327VL, and the IP addresses accessed by "dnick1982" during the relevant time periods.  The IP addresses provided by KIK are subscribed to by Verizon Wireless.

The FBI sent an administrative subpoena to Verizon Wireless with the IP addresses used by "dnick1982" during the relevant time frame. From the information provided, the telephone number XXX-XXX-XXXX was identified by the FBI as using to the relevant IP addresses during the relevant time period.  This Verizon telephone number had been resold to Tracfone, from which the FBI subpoenaed subscriber information for the relevant phone number.

Tracfone provided subscriber information for the phone number XXX-XXX-XXXX with date of birth, XX/XX/XXXX. This is the same date of birth as Nickelson. Additionally, Tracfone indicated that the activation date of this number was October 21, 2017 through August 12, 2018, however, the SIM card[5] is still active.

An administrative subpoena was sent to Google requesting subscriber information and access logs associated with the email address provided by KIK danicke1982@gmail.com. Google provided the subscriber name Dan Nickelson as well as phone number XXX-XXX-XXXX, as being subscribed to email address danicke1982@gmail.com.

Upon receipt of this information, available open source and law enforcement sensitive

---

[5] A SIM card is a subscriber identity module that is intended to securely store the international mobile subscriber identity number and its related key. SIM cards are transferrable between different mobile devices. Most SIM cards can store messages and contact information.

databases were used to fully identify the suspected user of KIK account "dnick1982" as Daniel A Nickelson, Jr., with a date of birth of XX/XX/XXXX; a social security number of 297-78-XXXX; an Arizona driver's license number of             ; and a home address of                              . Agents with the FBI compared Nickelson's driver's license photograph and KIK user profile picture, and they depict the same person.

                                                Special Agent Christopher A. Ford
                                                Federal Bureau of Investigation

Sworn and subscribed to before me this _____ day of August, 2018

                                                G. Michael Harvey
                                                United States Magistrate Judge